**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30474 |
| Plaintiff - Appellee, | D.C. No. 3:02-cr-00100-HRH |
| v. | |
| RICARDO CRUZAGOSTO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
H. Russel Holland, Senior District Judge, Presiding

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Ricardo Cruzagosto appeals from the district court's order denying his 18

U.S.C. § 3582(c)(2) motion for sentence reduction.  We have jurisdiction under 28

U.S.C. § 1291, and we affirm.

Cruzagosto contends that the district court erred when it failed to lower his

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

sentence pursuant to 18 U.S.C. § 3582(c)(2) following the United States

Sentencing Commission's adoption of Amendment 706. We affirm in light of

*Dillon v. United States*, 130 S. Ct. 2683 (2010).

**AFFIRMED.**